FILED

JAN 11 2008

RICHARD W. WIE...
CLERK, U.S. DISTRICT COURT
NORTHERN DIST...

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

CV 08 - 0164 JW (PR)

3  Name  WEAVER, WILLIE
        (Last)      (First)      (Initial)
5  Prisoner Number  J-91389
6  Institutional Address  PELICAN BAY STATE PRISON
7  P.O. BOX 7000 CRESCENT CITY, CA. 95531

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.

PELICAN BAY STATE
PRISON MAIL ROOM
THIRD WATCH P.S.U.

(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.U.

B.  Is there a grievance procedure in this institution?
    YES (✓)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____ 2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ~~ ~~ ) NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. STILL BEING PROCESSED

_____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

B. Write the full name of each defendant, his or her official position, and his or her

PELICAN BAY STATE PRISON MAIL ROOM THIRD WATCH P.S.U

COMPLAINT - 2 -

1        place of employment.
2 _____
3 _____
4 _____
5 _____
6 _____III.
7 Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 FOR THREE MONTHS, PLAINTIFF
13 HAVE NOT BEEN RECEIVEING ALL
14 HIS MAIL, MAGAZINES, THIS IS
15 CONSPIRACY, HARASSMENT,
16 DISCRIMINATION, FROM MAIL
17 ROOM AND THIRD WATCH P.S.U
18 CORRECTIONAL OFFICERS PLAINTIFF/S
19 MISSING LETTERS THAT PEOPLE
20 HAVE WRITEN TO HIM, MAGAZINES
21 PLAINTIFF NOT RECEIVEING, ALL OF
22 LETTERS NOT GOING OUT, DEFENDANT(S)
23 SHOW DELIBERATE INDIFFERENCE
24 UNDER THE EIGHT AMENDMENT THAT
25 IV. Relief CONSTITUE CRUEL UNUSAL PUNISHMENT"
26       Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 _____

COMPLAINT                    - 3 -

LIABILITY DAMAGES: 20,000 TWENTY THOUSAND DOLLARS DUE TO CONSPRICY'S HARRASSMENTS, U.S. CONSTITUTION VIOLATION, PUNITIVE DAMAGES: 20,000 TWENTY THOUSAND DOLLORS DUE TO MENTAL ANGUISH STRESS DISORDER.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of 30, 20 07

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M $ 00.
0004217666 DEC 31
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

9410253919 C003

OFFICE OF THE C
UNITED STATES
DISTRICT COURT
-ERN DISTRICT O
CALIFORNIA 450
GOLDEN GATE AV
SAN FRANCISCO, CA