RECEIVED

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03/04/08
WILLIE WEAVER
J-91389 B2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

    DEFENDANT(S),

CASE NO. CV-08-0164 JW (PR)

AFFIDAVIT FOR EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF WILLIE WEAVER HERE by DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE IN THIS PROPRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM LEGAL LAW LIBRARY.

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FOR GOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

                                Willie Weaver
                                SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOR GOING BE TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
                    PLAINTIFF,
VS.

CASE NO. CV-08-0164
JW (PR)

PELICAN BAY STATE
PRISON,
         DEFENDANT(S),

/ PROOF OF SERVICE

I hereby CERTIFY THAT ON: 03/04/08, I SERVED COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

by PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HERE IN AFTED LISTED, by DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

                    Willie Weaver
                    SIGNATURE