United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER,<br><br>    Plaintiff,<br><br>  vs.<br><br>PELICAN BAY STATE PRISON MAIL ROOM, et al.,<br><br>    Defendant(s). | No. C 08-00164 JW (PR)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 4) |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the full filing fee or apply for leave to proceed in forma pauperis, so on January 11, 2008, this Court's clerk sent him a notice that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. Plaintiff failed to comply with the deadline, and the case was dismissed without prejudice on February 29, 2008.

On March 11, 2008, plaintiff filed a motion for extension of time to file an in forma pauperis application. Plaintiff has set forth no justification for his failure to meet the Court's deadline or why this Court should consider reopening this action. The motion is DENIED.

This order terminates Docket No. 4.

DATED:   March 14, 2008

*James Ware*
JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\March 2008\08-0164 Weaver00164_motion.wpd