```
                                              FILED

                                              MAR 2 6 2008

                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
                    Plaintiff,

    vs.

PELICAN BAY STATE
PRISON
                    Defendant.

CASE NO. CV-08-0164

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1: Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO, AIR PORT 300. WEEKLY_____
5  _____1,200 MONTHLY_____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No ✓
10         self employment
11    b.   Income from stocks, bonds,                  Yes ____ No ✓
12         or royalties?
13    c.   Rent payments?                              Yes ____ No ✓
14    d.   Pensions, annuities, or                     Yes ____ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,          Yes ____ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                               Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?      Yes ____  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?           Yes ____  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ✓  If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?  Yes ____  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No ✓

_____

8.  What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/18/08                                    *Willip Weaver*
DATE                                    SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.     (20%= $2.06)

Dated: __3/12/08__                                      _____
                                                         Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008
```

ACCOUNT NUMBER : J91389                     BED/CELL NUMBER: BF02U 000000210S
ACCOUNT NAME   : WEAVER, WILLIE EUGENE      ACCOUNT TYPE: I
PRIVILEGE GROUP: D

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| 09/01/2007 | | BEGINNING BALANCE | | | | | |
| 11/27 | *DD30 | CASH DEPOSIT | 2318 | ML101 | 11.25 | | 11.25 |
| 11/27 | W211 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 9.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 8.45 |
| 11/27 | W215 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 7.05 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 5.65 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 4.25 |
| 11/27 | W212 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 2.85 |
| 11/27 | W214 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 1.45 |
| 11/27 | W211 | FEDERAL FILIN | 2333 | 11/27 | | 1.40 | 0.05 |
| 12/27 | *DD30 | CASH DEPOSIT | 2711 | #122 | 22.50 | | 22.55 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | FC10 | DRAW-FAC 10 | 2808 | B2 | | 17.23 | 5.32 |
| 01/15 | W516 | LEGAL COPY CH | 3013 | | | 2.40 | 2.92 |
| 02/05 | W861 | REVERSE LEGAL | 3408/3013 | | | 2.40- | 5.32 |

### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | | HOLD AMOUNT |
|---|---|---|---|---|---|
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 | CCI | 2.87 |
| 07/31/2007 | H103 | DAMAGES-REFUSED TO SIGN HOLD | 0506 | CCI | 2.45 |
| 01/08/2008 | H116 | FEDERAL FILING FEE HOLD | 2864 | 12/27 | 22.50 |

### * RESTITUTION ACCOUNT ACTIVITY

                                            CASE NUMBER: 94F09335
DATE SENTENCED: 01/19/96                    FINE AMOUNT: $  5,600.00
COUNTY CODE: SAC

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| | | | | 5,318.82 |
| 09/01/2007 | | BEGINNING BALANCE | | |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  pg 1 of 2
   TRUST OFFICE

```
                        REPORT DATE: 03/11/0
           PELICAN BAY STATE PRISON              PAGE NO:
           INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT: J91389    ACCT NAME: WEAVER, WILLIE EUGENE
                                              ACCT TYPE: I

              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96
COUNTY CODE: SAC
                                              CASE NUMBER: 94F09335
 DATE      TRANS.                             FINE AMOUNT: $  5,600.00
                    DESCRIPTION
                                              TRANS. AMT.     BALANCE
11/27/07   DR30    REST DED-CASH DEPOSIT
12/27/07   DR30    REST DED-CASH DEPOSIT         12.50-       5,306.32
                                                 25.00-       5,281.32

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                    TRUST ACCOUNT SUMMARY
BEGINNING    TOTAL      TOTAL       CURRENT     HOLDS      TRANSACTIONS
 BALANCE   DEPOSITS  WITHDRAWALS    BALANCE    BALANCE     TO BE POSTED

   0.00      33.75       28.43        5.32       27.82         0.00


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ＿＿＿＿＿ pg 2 of 2
(TRUST OFFICE)

                                                  22.50-

NAME: WILLIE WEAVER
DC NO. J-91389  HOUSING: B-2 L-10

PELICAN BAY STATE PRISON
P.O. BOX 7500

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 02.16⁰
PITNEY BOWES
MAR 24 2008
MAILED FROM ZIP CODE 95531

CASE NO. CV-08-00653
CASE NO. CV-80-0690
CASE NO. CV-08-00755
CASE NO. CV-80-5910
CASE NO. CV-80-4710-JW (PR)
CASE NO. CV-08-0171 JW (PR)
CASE NO. CV-08-1093 JW (PR)

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA 450 GOLDEN

CONFIDENTIAL