Copy 1 of 2

03/30/08

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT, CITY. CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

DEFENDANT(S)

CASE NO. C-08-00164 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

NOTICE IS HERE BY GIVEN THAT PLAINTIFF HERE BY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER TERNINATION ENTERED IN THIS ACTION FEBRUARY 29, 2008.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,
VS.

PELICAN BAY STATE PRISON,
DEFENDANT(S).

CASE NO. C-08-00164 JW (PR)

PROOF OF SERVICE

I HERE BY CERTIFY THAT ON 03/30/08, I SERVED A COPY OF THE ATTACHED: THREE EXACT MOTION NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S), HERE IN AFTER LISTED, BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA, 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Willie Weaver
SIGNATURE

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL

CASE NO. C-08-00164
JW (PR)
IN THE UNITED STATES DI
COURT FOR THE NORTHER
DISTRICT OF CALIFORNIA
GOLDEN GATE AVENUE
SAN FRANCISCO, CA.
9

34102$3313 C003