UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 9, 2008

**CASE INFORMATION:**
Short Case Title:  <u>WILLIE WEAVER</u>-v- <u>PELICAN BAY STATE PRISON</u> Mail Room et.al.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>James Ware, San Jose Division</u>
Criminal and/or Civil Case No.: <u>CV 08-00164 JW</u>
Date Complaint/Indictment/Petition Filed: **1/11/08**
**Date Appealed order/judgment** *entered* **2/29/08**
**Date NOA** *filed* **4/3/08**
**Date(s) of Indictment  Plea Hearing  Sentencing**

**COA Status (check one):**   ☐ granted in full (attach order)        ☐ denied in full
                              (send record)
                              ☐ granted in part (attach order)        ☐ pending

**Court Reporter(s) Name & Phone Number:**

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
**Date Docket Fee Paid:**                    **Date Docket Fee Billed: 4/9/08**
**Date FP granted:**                         **Date FP denied:**
**Is FP pending?** ☐ yes  ☐ no                              Was FP limited ☐?
                                                            Revoked ☐?

**US Government Appeal?** ☐ yes  ☐ no
**Companion Cases?  Please list:**

*Please attach copy of any order granting, denying or revoking FP.*
**COUNSEL INFORMATION (Please include email address)**
**Appellate Counsel:**                       **Appellee Counsel:**
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*
**DEFENDANT INFORMATION**
**Prisoner ID:**                             **Address:**
**Custody:**
**Bail:**
**AMENDED NOTIFICATION INFORMATION**
**Date Fees Paid:**          **9th Circuit Docket Number:**

**Name & Phone Number of Person Completing this Form:** <u>Cindy Vargas</u>