**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 9, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:   Request for Payment of Docket Fee

   Title:   **WILLIE WEAVER -v- PELICAN BAY STATE PRISON MAIL ROOM**
   Case Number:   **CV 08-00164 JW**
   Court of Appeals Number:

A notice of appeal was filed with this Court on 4/3/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk


by:  **Cindy Vargas**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**