IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PELICAN BAY STATE PRISON<br>MAIL ROOM, et al.,<br><br>　　　　Defendant(s). | No. C 08-00164 JW (PR)<br><br>ORDER DENYING MOTION FOR<br>LEAVE TO PROCEED *IN FORMA*<br>*PAUPERIS*<br><br><br>(Docket No. 6) |

　　　　Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the full filing fee or apply for leave to proceed in forma pauperis, so on January 11, 2008, this Court's clerk sent him a notice that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. Plaintiff failed to comply with the deadline, and the case was dismissed without prejudice o February 29, 2008.

　　　　On March 26, 2008, plaintiff filed a motion for leave to proceed in forma pauperis. (Docket No. 6.) Plaintiff has set forth no justification for his failure to meet the Court's deadline or why this Court should consider reopening this action. The motion is DENIED.

　　　　This order terminates Docket No. 6.

DATED: April 7, 2008

JAMES WARE
United States District Judge

Order Denying IFP Motion
G:\PRO-SE\SJ.JW\CR.08\Weaver00164_deny-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON MAIL ROOM, et al.,

        Defendants.

Case Number: CV08-00164 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   4/10/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated:   4/10/2008

                                 Richard W. Wieking, Clerk
                         /s/  By: Elizabeth Garcia, Deputy Clerk