UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 1 5 2008

FILED _____
DOCKETED _____
DATE   INITIAL

April 9, 2008

**CASE INFORMATION:**
Short Case Title: <u>WILLIE WEAVER</u>-v-<u>PELICAN BAY STATE PRISON</u> Mail Room et.al.
Court of Appeals No. (leave blank if a unassigned   O6-80097
U.S. District Court, Division & Judge Name: <u>James Ware, San Jose Division</u>
Criminal and/or Civil Case No.: <u>CV 08-00164 JW</u>
Date Complaint/Indictment/Petition Filed: **1/11/08**
Date Appealed order/judgment *entered* **2/29/08**
Date NOA *filed* **4/3/08**
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☑ denied in full
                          (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: **4/9/08**
Date FP granted:                         Date FP denied: 4/10-08
Is FP pending? ☐ yes  ☐ no              Was FP limited ☐?
                                         Revoked ☐?

US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000
☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>